UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21301-CIV-UNGARO/SIMONTON
<u>CONSENT CASE</u>

**MCKESSON SPECIALTY CARE**
**DISTRIBUTION JOINT VENTURE, LP,**

      Plaintiff,

v.

**SOUTH FLORIDA GYNECOLOGIC**
**ONCOLOGISTS, INC., et al.,**

      Defendants.
_____/

<u>**ORDER GRANTING JOINT MOTION TO DISMISS CASE**</u>
<u>**WITH PREJUDICE AND FINAL ORDER OF DISMISSAL**</u>

      This matter is before the Court upon the Parties' Joint Motion to Dismiss (DE # 47). Pursuant to the consent of the parties, the Honorable Ursula Ungaro, United States District Judge, has referred this case to the undersigned United States Magistrate Judge for final disposition (DE # 35). The undersigned has considered the Joint Motion to Dismiss, the pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is hereby

      **ORDERED AND ADJUDGED** that the Parties' Joint Motion to Dismiss (DE # 47), is **GRANTED**. This case is **DISMISSED** with prejudice, with each Party to bear its own costs. Pursuant to the parties' request, the Court retains jurisdiction for 60 days to enforce the terms of the Settlement Agreement. This case is hereby **CLOSED**.

      **DONE AND ORDERED** in chambers, at Miami, Florida, on July 15, 2010.

*Andrea M. Simonton*
_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
**All counsel of record via CM/ECF**